**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-7899**

_____

PAUL NAGY,

Plaintiff - Appellant,

versus

HOLLY B. ROGERS,

Defendant - Appellee,

and

JAMES CRAVEN, III,

Defendant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, Chief District Judge. (CA-05-348-5-FL)

_____

Submitted:  February 10, 2006          Decided:  March 7, 2006

_____

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Paul Nagy, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Nagy appeals the district court's order denying relief on his <u>Bivens</u> complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Nagy v. Rogers</u>, No. CA-05-348-5-FL (E.D.N.C. Nov. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. We deny Nagy's motion to expedite as moot.

<u>AFFIRMED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).